IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARLOS FRANCISCO BARGAS JR.,

    Plaintiff,

v.                                          No. CV 13-0712 SWS/KBM

CHAVES COUNTY DETENTION CENTER,

    Defendant.

ORDER TO SHOW CAUSE

The record indicates that a recent mailing to Plaintiff has been returned undelivered (Doc. 16), and the file contains no other address for him. It appears that Plaintiff has been released from custody or transferred without advising the Court of his new address, as required by D.N.M.LR-Civ 83.6, and has therefore severed contact with the Court. Plaintiff's failure to comply with the Court's local rules demonstrates a manifest lack of interest in litigating his claims. *See Martinez v. Internal Revenue Service*, 744 F.2d 71, 73 (10th Cir. 1984); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962). Plaintiff will be required to show cause why his complaint should not be dismissed. Failure to respond may result in dismissal of this action without further notice.

IT IS THEREFORE ORDERED that, within fourteen (14) days from entry of this Order, Plaintiff file a response with his current address or otherwise show cause why his complaint should not be dismissed.

                                                           /s/ Karen B. Molzen
                                    UNITED STATES CHIEF MAGISTRATE JUDGE